John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x  21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                          :
MANHATTAN DISASTER SITE LITIGATION
-------------------------------------------------------------------- x  Civil Action No.:07CV01608
DANILSA FLORES,
                                                                      :
                              Plaintiff(s),                                   **NOTICE OF BATTERY PARK**
                                                                      :       **CITY AUTHORITY's**
        -against-                                                             **ADOPTION OF ANSWER TO**
                                                                      :       **MASTER COMPLAINT**
127 JOHN STREET REALTY LLC ET AL.,
                                                                      :
                              Defendant(s).
                                                                      :
-------------------------------------------------------------------- x

        PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan*

*Disaster site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated:  White Plains, New York
            September 25, 2007

1698777.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00163

By:        _____
        John M. Flannery (JMF-0229)