UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

Docket No.:
21 MC 102(AKH)

-----------------------------------------------------------------X
DANILSA FLORES,

07CV01608(AKH)

Plaintiff(s),

NOTICE OF APPEARANCE
BY DEFENDANTS
ROCKROSE DEVELOPMENT
CORP. and 127 JOHN STREET
REALTY LLC

-against-

127 JOHN STREET REALTY LLC, et al.

Defendant(s),
-----------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

Enter appearance of the undersigned as counsel in this case for defendants, Rockrose Development Corp. and 127 John Street Realty Corp.

The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
January 10, 2008

FRANK A. SCANGA, ESQ.
Attorney for Defendants,
Rockrose Development Corp. and 127 John Street
Realty Corp
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

By: _____
Frank A. Scanga (FS 1460)