Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendants: Rockrose Development Corp.
and 127 John Street Realty, LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------X   21 MC 102(AKH)
DANILSA FLORES,

                                Plaintiff(s),        07CV01608(AKH)

    -against-                                 NOTICE OF ADOPTION OF
                                                        ANSWER TO MASTER
127 JOHN STREET REALTY LLC, et al.      COMPLAINT

                                Defendant(s).
------------------------------------------------------------X

          **PLEASE TAKE NOTICE** that Defendant(s), **ROCKROSE DEVELOPMENT CORP.** (hereinafter referred to as "ROCKROSE") and 127 JOHN STREET REALTY, LLC (hereinafter referred to as "127 JOHN STREET") by their attorney, Frank A. Scanga, Esq., as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts their Answer to the Master Complaint dated, filed and served January 11, 2008, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). The responses to all of the allegations in the Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein. Defendant(s),

ROCKROSE and 127 JOHN STREET, also adopt the responses contained in any Amended Answer filed and served herein.

**PLEASE TAKE FURTHER NOTICE** that defendant, ROCKROSE and 127 JOHN STREET reserve their right to serve and file an amended answer and specifically reserve the right to interpose a cross-claim against any and all co-defendants.

**PLEASE TAKE FURTHER NOTICE** that defendants, ROCKROSE and 127 JOHN STREET, also adopt all affirmative defenses and the jury demand herein.

**WHEREFORE**, the defendants, ROCKROSE and 127 JOHN STREET demand judgment dismissing the above-captioned actions as against them together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 10, 2008

            FRANK A. SCANGA, ESQ.
            Attorney for Defendants,
            Rockrose Development Corp. and 127 John Street
            Realty LLC
            477 Madison Avenue
            21st Floor
            New York, New York 10022
            (212) 758-4040

      By:  _____
          Frank A. Scanga (FS 1460)

To: Worby Groner Edelman & Napoli Bern
   115 Broadway, 12th Floor
   New York, NY 10006
   (212) 267-3700

   Robert A. Grochow, Esq.
   233 Broadway, 5th Floor
   New York, New York 10279
   (212) 608-4400

Gregory J. Cannata, Esq.
233 Broadway, 5th Floor
New York, New York 10279
(212) 553-9206