UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                      :

IN RE WORLD TRADE CENTER LOWER     :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
                                        :
                                        :
                                        :
                                        :
-----------------------------------------------------------------X

DANILSA FLORES,                          :   07-CV-01608-AKH
                                        :

                  Plaintiff,     :

                                          :   **APPEARANCE**

  - against -                         :

                                          :   **ELECTRONICALLY FILED**

127 JOHN STREET REALTY LLC, *et al.*,   :
                                          :

                Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       January 18, 2008

                        By:     /s/ Judith R. Cohen
                            _____
                            Judith R. Cohen (JC-8614)
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Phone: (212) 277-6500
                            Fax: (212) 277-6501

                            *Attorney for Defendant*
                            MERRILL LYNCH & CO., INC.

DOCSNY-287440